UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES PEDERSON, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-01299-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING *NUNC PRO TUNC* TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 17) |

　　　　Pending before the Court is the parties' second request to extend time for Defendant James Pederson to file his responsive pleading to the complaint. (Doc. 17). The parties represent that Defendant "has not been able to secure coverage counsel and intends to proceed in pro per." *Id.* Pursuant to the Court's earlier order on stipulation, Defendant's responsive pleading was due no later than January 21, 2025 (the same date the parties filed the instant, stipulated request for another extension). *Id.*; (*see* Docs. 11, 12). The parties request to extend the time for Defendant to file a responsive pleading to the complaint on or before February 4, 2025. (Doc. 17).

　　　　In the Eastern District of California, "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Local Rule 144(d). While the Court finds good cause to grant the requested extension, here, it should

have become apparent to the parties that they required an extension of time for Defendant to file a response to the complaint before the January 21, 2025, filing deadline. The Court disfavors granting relief *nunc pro tunc* and admonishes the parties to exercise better care and to adhere to this Court's Local Rules in all future filings.

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED Defendant Pederson shall have until **February 4, 2025**, to file an answer or other responsive pleading to Plaintiffs' complaint. *See* Local Rule 144(a).

IT IS SO ORDERED.

Dated:   **January 22, 2025**

UNITED STATES MAGISTRATE JUDGE

2