PATRICIA A. DAZA-LUU (SBN: 261564)
pdazaluu@nicolaidesllp.com
YEVGENIA ALTMAN (SBN: 259883)
yaltman@nicolaidesllp.com
CONNOR TATOOLES (SBN: 352955)
ctatooles@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 South Figueroa Street, Suite 750
Los Angeles, CA 90017
Telephone:      (213) 402-1245
Facsimile:      (213) 402-1246

Attorneys for Plaintiff
SAFECO INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>James Pederson, Jane Doe, and Flyers Energy, LLC,<br><br>                    Defendants. | Case No. 1:24-cv-01299-CDB<br><br>**SAFECO INSURANCE COMPANY OF AMERICA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**Accompanying Documents**:<br>Notice of Motion and Motion; Declaration of Yevgenia Altman<br><br>Date:        March 25, 2025<br>Time:        10:30 a.m.<br>Judge:        Hon. Christopher D. Baker<br><br>Complaint filed:        October 24, 2024<br>Trial Date:        Not set |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In support of its concurrently filed Motion for Judgment on the Pleadings, Plaintiff Safeco Insurance Company of America ("Safeco") hereby requests the Court to take judicial notice pursuant to Fed.R.Evid. 201 of the following:

**DOCUMENTS**

1. Safeco's Complaint in this action.  (ECF 1).

2. Safeco's Quality Plus Condominium Policy No. OH1985368 issued to Defendant James Pederson, effective from October 13, 2022 to October 13, 2023.  (ECF 1-1.)

3. The Complaint in *Jane Doe v. Flyers Energy, LLC, et. al*, Kern County Superior Court, Case No. BCV-24-101783 (the "Doe Lawsuit") (ECF 1-2.)

4. The Answer filed by Mr. Pederson on October 18, 2024 in the Doe Lawsuit, a copy of which is attached hereto as Exhibit 1.

Dated:  February 18, 2025

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP


By:_____ */s/ Yevgenia Altman*_____
          Patricia A.  Daza-Luu
          Yevgenia Altman
          Connor Tatooles
Attorneys for Plaintiff SAFECO INSURANCE
COMPANY OF AMERICA

**<u>PROOF OF SERVICE</u>**

*Safeco Insurance Company of America v. James Pederson, Jane Doe, and Flyers Energy, LLC.*
*U.S. District Court Eastern District of California, Case No. 1:24-cv-01299*

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Nicolaides Fink Thorpe Michaelides Sullivan LLP, 101 Montgomery Street, Suite 2300, San Francisco, CA 94104.  My electronic notification address is mdelosreyes@nicolaidesllp.com.  On February 18, 2025 I served the within documents:

**SAFECO INSURANCE COMPANY OF AMERICA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

☒    by electronically transmitting the document(s) listed above to the e-mail address(es) set forth in the attached Service List.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on February 18, 2025 at Kensington, California.

_____
Maricar De Los Reyes

**<u>SERVICE LIST</u>**

*Safeco Insurance Company of America v. James Pederson, Jane Doe, and Flyers Energy, LLC*
*U.S. District Court Eastern District of California, Case No. 1:24-cv-01299*

Jim Pederson                                          ***Defendant JAMES PEDERSON***
2359 Railroad Ave.
Pittsburgh, PA 15222
Tel:    (206) 606-3808
Email: jimgpederson@gmail.com